IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHIE R. FLORSHEIM, an individual, | ) |
| | ) Case No.: 1:22-cv-00029 |
| Plaintiff, | ) |
| | ) JURY TRIAL DEMANDED |
| v. | ) |
| | ) |
| FUNKHOUSER VEGOSEN LIEBMAN & DUNN LTD., an Illinois corporation, VANCE L. LIEBMAN, an individual, WILSON P. FUNKHOUSER, an individual, NANCY F. PRICE, an individual, KIRA A. PRICE, an individual, KYLE A. PRICE, an individual, and BARBEL M. DAHLSTROM, an individual, | ) The Honorable Steven C. Seeger ) ) Magistrate Judge Maria Valdez ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

Plaintiff, Kathie R. Florsheim ("Plaintiff" or "Florsheim"), Defendants, Funkhouser Vegosen Liebman & Dunn Ltd., Vance L. Liebman and Wilson P. Funkhouser ("FVLD Defendants" or "Trustee Defendants"), and Defendants Nancy "Abbie" Price, Kira Price and Kyle Price (the "Price Defendants") jointly submit this Status Report to provide an update as to the status of the Parties' settlement negotiations (Dkt. No. 113), as follows:

**Update on Settlement Discussions**

Plaintiff and Trustee Defendants continued settlement negotiations on counsel for Trustee Defendants return from overseas. Unfortunately, formal settlement talks through the private mediator have stalled and not been successful at this time, though the Parties will continue with settlement discussions. The Parties thank the Court for their patience during this extended process. The Parties are open to seeking the Court's and Magistrate Judge's assistance in resolving this case through settlement.

**Discovery Deadlines**

The Parties proposed fact discovery closure date of February 1, 2025 in the Joint Status Report dated August 1, 2024 (Dkt. No. 104). Shortly thereafter, discovery was abated while the Parties engaged in good faith mediation efforts. Because formal mediation has thus far failed, the Parties propose the following discovery schedule be entered, to be undertaken simultaneously with further settlement efforts:

a. Written discovery closure date of December 31, 2024;

b. Discovery dispute motions to be filed by May 1, 2025;

c. Fact discovery closure date of June 1, 2025;

d. Plaintiff's expert reports to be submitted by August 1, 2025 (60 days after fact discovery cut-off);

e. Defendants' expert reports to be submitted by October 1, 2025.

f. Expert discovery cut-off by November 1, 2025.

g. All dispositive motions to be filed by December 31, 2025 (60 days after expert discovery cut-off).

Dated: November 8, 2024               Respectfully submitted,

*/s/ Sarah K. Dunkley*                */s/ Michael Flaherty*
Attorney for Plaintiff, Kathie R. Florsheim   Attorney for Defendants, Funkhouser
                                      Vegosen Liebman & Dunn, Ltd., Vance
                                      L. Liebman and Wilson P. Funkhouser

*/s/ Eric P. Sparks*
Attorney for Defendants Nancy Price,
Kira Price and Kyle Price

## **CERTIFICATE OF SERVICE**

I, Sarah K. Dunkley, an attorney, hereby certify that on this 8th day of November, 2024, I caused the foregoing, **Joint Status Report**, to be filed with the Clerk of Court using the Court's CM/ECF System, which will send notice of this filing to all counsel of record.

*/s/ Sarah K. Dunkley*